6th District Court

Case No. 26122

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/6/2015 3:06:33 PM
DEBBIE AUTREY
Clerk

Shawntel Golden

District Clerk

119 N Main

Paris, TX. 75460

**NOTICE OF APPEAL**

Adeli Medina Carranza

PO BOX 153221

Irving, TX. 75015

Appellant

NOTICE IS GIVEN that ADELI MEDINA CARRANZA hereby Appeals from the

SENTENCE/DECISION for the following cases:

Case No. 26122

Entered herein on 07/08/2015

By the Honorable BILL HARRIS

ADELI MEDINA CARRANZA desires to appeal all portions of the judgment. This appeal is being taken to the Shawntel Golden, District Clerk, in Paris, Texas.

This notice of appeal is being filed by Adeli Medina Carranza.

Respectfully submitted,

7-26-15 B Houston 7''

Adeli Medina Carranza

7/26/15



BILLY HOUSTON
Notary Public
STATE OF TEXAS
My Comm. Exp. 02-13-2019